UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH BRICE, : | |
| CHRISTINE BRICE, : | |
| Plaintiffs, : | |
| : | No. 5:15-cv-4020 |
| v. : | |
| : | |
| JOHN HOFFERT, THOMAS L. KLONIS, : | |
| HOFFERT & KLONIS, P.C., : | |
| KIM BAUER, : | |
| Defendants. : | |

**O R D E R**
**Kim Bauer's Motion to Disqualify Clifford B. Cohn, Esquire, ECF No. 31 – Granted**

**AND NOW**, this 25th day of July, 2016, upon consideration of Kim Bauer's Motion to Disqualify Clifford B. Cohn, Esquire, ECF No. 31, as well as the briefs and email submissions regarding the same, *see, e.g.* ECF Nos. 37, 42, following an evidentiary hearing on June 7, 2016, and for the reasons set forth in the Memorandum issued this date, **IT IS ORDERED THAT:**

1.	Defendant Kim Bauer's Motion to Disqualify Clifford B. Cohn, Esquire, ECF No. 31, is **GRANTED**, and Clifford B. Cohn, Esquire, is disqualified from representing Plaintiffs in the above-captioned action, effective immediately;

2.	The order sealing the evidentiary hearing on June 7, 2016, is **LIFTED**;

3.	Plaintiffs' Motion for a Protective Order, ECF No. 99, is **DENIED as moot**;

4.	**Within ten days of the date of this Order**, Attorney Cohn shall submit an affidavit to the Court, for an in camera review, indicating what, if any, information provided to him by Kim Bauer on or after January 5, 2015, was disclosed to Alan Frank, Esquire; and

5.	**Within ten days of the date of this Order**, Attorney Cohn and Attorney Frank are to provide to the Court, for an in camera review, all documents, all written communications, and all electronic communications shared and/or exchanged between them, which contain any

reference to any information provided by Kim Bauer to Attorney Cohn on or after January 5, 2015.[1]

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The information requested in paragraphs 4 and 5 is necessary in order for the Court to make a ruling on Defendant Bauer's Motion to Disqualify Alan L. Frank, Esquire, ECF No. 50.