## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

KENNETH BRICE and                    :
CHRISTINE BRICE,                     :
           Plaintiffs,     :
                   :
          v.                        :      No. 5:15-cv-4020
                   :
JOHN HOFFERT, THOMAS L. KLONIS,       :
HOFFERT & KLONIS, P.C.,  KIM BAUER,   :
           Defendants.     :

_____

## O R D E R

**AND NOW**, this 13th day of September, upon consideration of the parties' Motions for

Summary Judgment and respective briefs thereto, and for the reasons set forth in the

Memorandum issued this date, **IT IS ORDERED THAT:**

1.      Defendant Kim Bauer's Motion for Summary Judgment, ECF No. 112, is **GRANTED in part**:

      A.      Judgment is **ENTERED** in favor of Defendant Kim Bauer, and against Plaintiffs, on Counts I, II, and III only;

      B.      This Court declines to exercise supplemental jurisdiction over the remaining state law claims against Kim Bauer and they are **DISMISSED** without prejudice to an action to be filed in state court;[1]

2.      The Attorney Defendants' Motion to Dismiss for Lack of Jurisdiction, ECF No. 148, is **GRANTED**;

3.      The Complaint is **DISMISSED** for lack of jurisdiction;

4.      All pending motions are **DENIED as moot**; and

5.      The case is **CLOSED**.

---

[1]      "The period of limitations for any claim asserted under subsection (a) . . . shall be tolled while the claim is pending and for a period of 30 days after it is dismissed unless State law provides for a longer tolling period."  28 U.S.C. § 1367(d).

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge