UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| KENNETH BRICE and | : | |
|---|---|---|
| CHRISTINE BRICE, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 5:15-cv-4020 |
| | : | |
| JOHN HOFFERT, THOMAS L. KLONIS, | : | |
| HOFFERT & KLONIS, P.C., KIM BAUER, | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this 7th day of August, 2019, upon consideration of the Motion for Sanctions, *see* ECF No. 126, the responses thereto, and all supplemental briefs and exhibits, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. The Motion for Sanctions, ECF No. 126, is **DENIED**.

2. The request for attorney's fees and costs associated with litigation of the sanctions motion is **DENIED**.

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge